Alan M. Anzarouth
Attorney at Law
3111 Camino Del Rio North, Suite 1325
San Diego, CA 92108
    Tel. (619) 398-9390
    CA State Bar No. 84888

Attorney for Petitioner

**FILED**

**08 FEB 21 PM 4: 37**

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Athil Stephan Shaba    DHS File No. A73 005 148 )<br>    Plaintiff,    )<br>    vs.    )<br>Paul Pierre, District Director,    )<br>    U.S. Citizenship and Immigration Services,    )<br>Michael Chertoff, U.S. Secretary of Homeland Security )<br>    )<br>    and    )<br>Michael Mukasey, U.S. Attorney General,    )<br>    Defendants.    ) | Civil No:<br><br>**'08 CV 0343 JM BLM**<br><br>**COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS** |

Plaintiff, by his attorney, complaining of Defendants alleges as follows:

1.    Plaintiff Athil Stephan Shaba is a native and citizen of Iraq, and has been a lawful permanent resident of the United States since September 27, 1999. Plaintiff resides within the jurisdiction of this Court.

2.    The Defendant Paul Pierre is the Director of the U.S. Citizenship and Immigration Services (CIS), a subsidiary agency of the U.S. Department of Homeland Security (DHS), in San Diego, California. This Defendant is sued herein in his official capacity. He is responsible for the processing of applications for naturalization for applicants who reside within San Diego County, State of California, under 8 USC 1421, 1443, 1446, et. seq., and 8 CFR 310, et. seq.

3.    Michael Mukasey is the U.S. Attorney General, an agency of the United States Government, in Washington, D.C. This Defendant is sued herein in his official capacity. He is

responsible for the processing of security clearance checks conducted by the Federal Bureau of Investigation (FBI), which the CIS maintains must be completed before it can approve any application for naturalization, under 8 USC 1421, 1443, 1446, et. seq., and 8 CFR 310, et. seq.

4.    Michael Chertoff is the Secretary of Homeland Security, an agency of the U.S. Government, in Washington, D.C.  This Defendant is sued herein in his official capacity.  He is responsible for overseeing the operations of the CIS, pursuant to 8 USC 1421, 1443, 1446, et. seq., and 8 CFR 310, et. seq.

5.    The Court has jurisdiction of this action pursuant to 28 USC 1331, 28 USC 1361, 28 USC 1651, 5 USC 701, et. seq., and 28 USC 2201, et. seq..

6.    On March 31, 2006, Mr. Shaba filed with the CIS California Service Center an application for naturalization.  The CIS assigned to him application no. WSC*001483051 to his naturalization case.

7.    On May 9, 2006, Mr. Shaba provided his biometric fingerprints to the CIS at a scheduled appointment.  Counsel believes that the FBI fingerprint results show that the Plaintiff has not been arrested or convicted of any crime anywhere in the world during the five years prior to the application filing.  Plaintiff, through counsel, further asserts that Plaintiff has not been arrested or convicted of any crime from the application filing date to the present.

8.    Although nearly 23 months have passed since Plaintiff filed his naturalization application with the government, the CIS has failed to schedule him for an examination on that application.  On October 23, 2006, the Plaintiff called the CIS by telephone to inquire of the status of his naturalization case.  The CIS mailed to the Plaintiff a transmittal sheet dated October 26, 2007, advising that the processing of the Plaintiff's naturalization case had been delayed because the government's investigation background check on the Plaintiff remained open.  In February 2007 and again in May 2007, the Plaintiff physically appeared before the CIS at its Chula Vista Customer

Service Center (CVCSC), now the Chula Vista District Office, to inquire of the status of his application. On each occasion, a CIS representative told the Plaintiff that he would be scheduled for a naturalization examination only *after* the referenced background check had been completed. , On March 6, 2007, the Plaintiff asked the U.S. Congressman Duncan Hunter, 52nd District from El Cajon, California, to take an interest in the Plaintiff's naturalization case. On March 14, 2007, Congressman Hunter's office inquired of the CIS by email correspondence the status of the naturalization case. On that same day, the CIS responded by email correspondence that the FBI background name check remained pending. On November 8, 2007, counsel spoke by telephone with a representative from Congressman Hunter's office. That representative advised that her office had received no further status reports on the Plaintiff's case from the CIS. Further, she stated, based on the circumstances, the Congressman's office could do nothing to effect any results in this matter.

9.      Nearly 23 months after he filed his application for naturalization with the government, the CIS has failed to schedule the Plaintiff for the requisite examination on his application. The government refuses to schedule the examination until the FBI completes its security clearance name checks.

10.     Defendant Pierre has been unable or unwilling to schedule Plaintiff's referenced naturalization examination. Further, his office has failed to meaningfully disclose (1) whether the name checks have been completed; (2) the reason or reasons why such name checks have not yet been completed; (3) when such name checks will be completed; or (4) the results of the name checks, if they have been completed. Further, the Defendants are taking no action on Plaintiff's application even though similar cases have been completed far more expeditiously.

11.     Plaintiff has exhausted all available administrative remedies.

12.    The Defendants' refusal to act in this case is, as a matter of law, arbitrary, and not in accordance with the law.

13.    Plaintiff has been greatly damaged by the failure of the each Defendant to act in accord with his respective duties under the law.

14.    The Defendants, in violation of the Administrative Procedures Act, 5 USC 701, et seq., have unlawfully withheld or unreasonably delayed action with Plaintiff's application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays that this Honorable Court:

A.    Order the Defendants to have their agents process this case to a conclusion;

B.    Order that the Defendants pay reasonable attorney fees; and

C.    Order other and further relief as it may deem proper under the circumstances.

DATED:    February 21, 2008

ALAN M. ANZAROUTH
Attorney for Plaintiff

4

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Athil Stephan Shaba | Paul Pierre, Director, U.S. Citizenship and Immigration Services, Michael Chertoff, U.S. Secretary of Homeland Security, and |

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
08 FEB 21 PM 1:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT

**'08 CV 0343 JM BLM**    DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alan M. Anzarouth, 3111 Camino del Rio N., Suite 1325
San Diego, CA 92108    619-398-9390

Attorneys (If Known)
U.S. Attorney, 940 Front Street, San Diego, CA 92101

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC Sections 1421, 1443, 1446, 1446, et. seq.; 28 USC Sections 1331, 1361, 1651, 2201, et. seq.; 5 USC 701

Brief description of cause:
CIS has failed to schedule Plaintiff's naturalization examination nearly 23 months after application filing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
02/21/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 147946   AMOUNT $250   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

SL 2/21/08

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147946    - SH

February 21, 2008
16:30:13

Civ Fil Non-Pris
USAO #.: 08CV0343
Judge..: JEFFREY T MILLER
Amount.:
                              $350.00 CA

Total-> $350.00

FROM: SHABA V. PIERRE