Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 21 PM 4:35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Athil Stephan Shaba,
DHS File No. A73 005 148,
Plaintiff.
vs
Paul Pierre, District Director, U.S. Citizenship and Immigration Services,
Michael Chertoff, U.S. Secretary of Homeland Security, and
Michael Mukasey, U.S. Attorney General,
Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0343 JM BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
619-398-9390

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

FEB 21 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)