1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7157
5  Facsimile: (619) 557-5004

6  Attorneys for the Defendants

7  ALAN M. ANZAROUTH,
   California State Bar No.
8  3111 Camino Del Rio North, Suite 1325
   San Diego, California 92108
9
   Attorney for Plaintiff
10

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13 ATHIL STEPHAN SHABA,              )   Case No. 08CV0343 JM (BLM)
                                     )
14                Plaintiff,         )
                                     )   JOINT MOTION TO EXTEND TIME FOR
15        v.                         )   FILING OF RESPONSIVE PLEADING
                                     )
16 PAUL PIERRE, District Director, U.S.)
   Citizenship and Immigration Services, et al.,)   [Fed. R. Civ. P. 6(b)(1)]
17                                   )
                                     )
18                Defendants.        )
   _____ )
19

20        COME NOW THE PARTIES, Petitioner Athil Stephen Shaba, by and through his counsel, Alan

21 M. Anzarouth, and Defendants Paul M. Pierre, et al., by and through their counsel, Karen P. Hewitt,

22 United States Attorney, and Raven M. Norris, Assistant United States Attorney, hereby jointly move

23 the Court to extend the time for filing of Defendants' responsive pleadings. The parties are working

24 toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional

25 time is required before Defendants' filing of any responsive pleading in order to pursue resolution of

26 Plaintiff's claims without the intervention of the Court.

27        In an effort to resolve Plaintiff's complaints and without waiving Defendants' rights to defend

28 the causes of actions and allegations, including the right to file any Fed. R. Civ. P. 12 motions to
   dismiss, the parties now jointly request this extension of time. Accordingly, the parties jointly request

that the Court extend the date upon which Defendants' responsive pleadings are due until June 24, 2008. The parties have not previously requested an extension of time.

Based upon the foregoing, it is respectfully requested that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until June 24, 2008.

Dated: April 3, 2008                        Respectfully submitted,

                                                                KAREN P. HEWITT
                                                                United States Attorney

                                                                s/ Raven M. Norris
                                                                RAVEN M. NORRIS
                                                                Assistant U.S. Attorney
                                                                Attorneys for Defendants
                                                                Email: Raven.Norris@usdoj.gov

Dated: April 3, 2008                        s/Alan M. Anzarouth
                                                                ALAN M. ANZAROUTH
                                                                Attorney for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner and that I have obtained authorization from Alan M. Anzarouth to affix his electronic signature to this document.

DATED: April 3, 2008                        KAREN P. HEWITT
                                                                United States Attorney

                                                                s/Raven M. Norris
                                                                Assistant U. S. Attorney
                                                                Attorney for Defendants

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

ATHIL STEPHEN SHABA,          )   Case No. 08cv0343 JM (BLM)
                              )
          Plaintiff,          )   CERTIFICATE OF SERVICE
     v.                       )
                              )
PAUL PIERRE, District Director, U.S.)
Citizenship & Immigration Services et al., )
                              )
          Defendants.         )
_____)

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Extend Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Alan M. Anzarouth, Esq.**
Email: alan@anzarouthimmlaw.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2008

                                            s/ Raven M. Norris
                                            RAVEN M. NORRIS