UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHIL STEPHAN SHABA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship & Immigration Services, et al.,<br><br>　　　　　　Defendants. | Case No.  08cv0343 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

　　　Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's Complaint on or before **June 24, 2008**.

　　　**IT IS SO ORDERED.**

DATED: April 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge