1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7157
   Facsimile: (619) 557-5004
6
   Attorneys for the Defendants
7
   ALAN M. ANZAROUTH,
8  California State Bar No.
   3111 Camino Del Rio North, Suite 1325
9  San Diego, California 92108

10 Attorney for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                    SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| ATHIL STEPHAN SHABA, | Case No. 08CV0343 JM (BLM) |
| Plaintiff, | |
| v. | JOINT MOTION TO DISMISS COMPLAINT AS MOOT |
| PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, et al., | [Fed. R. Civ. P. 41(a)(1)] |
| Defendants. | |

20   COME NOW THE PARTIES, Petitioner Athil Stephen Shaba, by and through his counsel, Alan

21 M. Anzarouth, and Defendants Paul M. Pierre, et al., by and through their counsel, Karen P. Hewitt,

22 United States Attorney, and Raven M. Norris, Assistant United States Attorney, hereby jointly move

23 the Court to dismiss this action without prejudice. The parties have resolved the matters alleged in

24 Plaintiff's complaint, and the parties agreed that the above-captioned case should be dismissed in its

25 entirety without prejudice. It was further agreed that each party will bear its own attorneys' fees and

26 costs of suit.

27   Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing

28 the action without prejudice.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2008 | Respectfully submitted, |
| 2 | | KAREN P. HEWITT<br>United States Attorney |
| 4 | | s/ Raven M. Norris<br>RAVEN M. NORRIS |
| 5 | | Assistant U.S. Attorney<br>Attorneys for Defendants |
| 6 | | Email: Raven.Norris@usdoj.gov |
| 7 | Dated: May 15, 2008 | s/Alan M. Anzarouth<br>ALAN M. ANZAROUTH |
| 8 | | Attorney for Plaintiff |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner and that I have obtained authorization from Alan M. Anzarouth to affix his electronic signature to this document.

DATED: May 15, 2008               KAREN P. HEWITT
                                  United States Attorney

                                  s/Raven M. Norris
                                  Assistant U. S. Attorney
                                  Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHIL STEPHEN SHABA, ) | Case No. 08cv0343 JM (BLM) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| PAUL PIERRE, District Director, U.S. ) | |
| Citizenship & Immigration Services et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Dismiss on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Alan M. Anzarouth, Esq.**
Email: alan@anzarouthimmlaw.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2008

                                                     s/ Raven M. Norris
                                                   RAVEN M. NORRIS