# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHIL STEPHAN SHABA,<br><br>　　　　　Plaintiff,<br>　vs.<br>PAUL PIERRE,<br><br>　　　　　Defendant. | CASE NO. 08 CV 0343 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to the parties' joint motion, the court hereby **DISMISSES** this action without prejudice. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: May 19, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**